AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

TAPPS BREWING INC.,
DANIEL McCLUNG and
ANDREA McCLUNG

    v.

CITY OF SUMNER           CASE NUMBER: C06-5006RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs' Motion for Partial Summary Judgment on Federal Takings Issues is DENIED;

Defendant's Motion for Summary Judgment on All Remaining Claims is GRANTED and the action is DISMISSED WITH PREJUDICE.

*DATED:* 2/21/2007

                                    BRUCE  RIFKIN
                            *Clerk*

                                  /s/   Jean Boring
                            *(By) Deputy Clerk*, Jean Boring